UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY CLAY KING,**<br><br>  Plaintiff**,**<br><br>  v.<br><br>**S.F. POLICE DEPT.,**<br><br>  Defendant. | Case No.: 18-cv-07471 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL WITHOUT PREJUDICE**<br><br>**DKT. NO. 6** |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation (Dkt. No. 6, "Report") Recommending Dismissing Plaintiff's Complaint (Dkt. No. 1), to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. the Report and Recommendation is **ADOPTED;**

2. the action herein is **DISMISSED WITHOUT PREJUDICE** for failure to state a plausible claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: February 5, 2019

  _____
  **YVONNE GONZALEZ ROGERS**
  **UNITED STATES DISTRICT COURT JUDGE**